1  Brian R. Booker  (SBN:  015637)
   Annelise M. Dominguez  (SBN:  033299)
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   111 W. Monroe Street, Suite 1600
3  Phoenix, AZ 85003
   Telephone:  (602) 794-2490
4  Facsimile:  (602) 265-4716
   bbooker@grsm.com
5  adominguez@grsm.com

6  *Attorneys for  Defendant*
   *Collection Bureau of America, Ltd.*
7
                **IN THE UNITED STATES DISTRICT COURT**
8
                   **FOR THE DISTRICT OF ARIZONA**
9

10  Danielle Jordan                    )   **CASE NO.   2:17-cv-01662-DLR**
                                       )
11                      Plaintiff,     )
                                       )   **DEFENDANT COLLECTION BUREAU**
12       vs.                           )   **OF AMERICA, LTD.'S MOTION FOR**
                                       )   **SUMMARY DISPOSITION OF**
13  Collection Bureau of America, Ltd.,)   **MOTION FOR SUMMARY**
                                       )   **JUDGMENT**
14                      Defendant.     )
                                       )
15  _____)

16

17        Defendant Collection Bureau of America, Ltd. ("CBA") hereby requests this Court

18  summarily grant its Motion for Summary Judgment, which was filed on March 29, 2018,

19  ECF No. 26, against Plaintiff Danielle Jordan ("Plaintiff"), for Plaintiff's failure to

20  oppose the well stated Motion. Fed. R. Civ. P. 56(e)(3).

21        Plaintiff was required to file a response within thirty (30) days of service of CBA's

22  Motion for Summary Judgment, which would have been no later than April 30, 2018.

23  LRCiv 56.1(d). As of the filing of this Motion for Summary Disposition, Plaintiff has not

24  filed a response, has not requested an extension of time to file a response, and has

25  otherwise failed to oppose the Motion for Summary Judgment. In fact, Plaintiff has not

26  filed anything with the Court nor participated in this action since this Court granted

27  former counsel for Plaintiff's Motion for Leave to Withdraw as Plaintiff's Counsel on

28  September 19, 2017. Mot. for Leave, ECF No. 21.

8011107/33509960v.1

1    Summary judgment is appropriate where there is no genuine dispute as to any

2  material fact. Fed. R. Civ. P. 56(a). Plaintiff did not address or dispute the facts in CBA's

3  Motion for Summary Judgment within the time required by the Federal Rules of Civil

4  Procedure and the Local Rules of Civil Procedure. This Court should therefore consider

5  the facts in the Motion for Summary Judgment undisputed for purposes of the Motion.

6  Fed. R. Civ. P. 56(e)(2). As a result, there is no genuine dispute as to any material fact,

7  CBA is entitled to judgment as a matter of law, and this Court may summarily grant the

8  Motion for Summary Judgment. Fed. R. Civ. P. 56(e)(3).

9    Accordingly, Collection Bureau of America, Ltd. respectfully requests that this

10  Court grant its Motion for Summary Judgment and enter an order dismissing Plaintiff

11  Danielle Jordan's claims with prejudice and awarding CBA its reasonable costs and

12  attorneys' fees in defending against Plaintiff's claims pursuant to A.R.S. § 12-349.

13    Dated this 7th day of May 2018.

14                              GORDON REES SCULLY
                               MANSUKHANI, LLP
15

16

17                   By:   /s/  Annelise M. Dominguez
                          Brian R. Booker
                          Annelise M. Dominguez
18
                          *Attorneys for Defendant*
19                        *Collection Bureau of America, Ltd.*

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on May 7, 2018, I electronically transmitted the attached

4   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

5   Notice of Electronic Filing to the following CM/ECF registrants:

6                        Of Counsel to
                         Credit Repair Lawyers of America
7                        22142 West Nine Mile Road
                         Southfield, MI 48033
8
                         *Attorneys for Plaintiff Danielle Jordan*
9

10

11                                        /s/  *Angelina Chavez*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28