# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Danielle Jordan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Collection Bureau of America Limited,<br><br>　　　　Defendant. | No. CV-17-01662-PHX-DLR<br><br>**ORDER** |

The Court, having considered Defendant Collection Bureau of America, Ltd.'s Motion for Summary Judgment (Doc. 26) and Motion for Summary Disposition (Doc. 29), having held the Telephonic Pre-Motion Conference on May 16, 2018, and good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment (Doc. 26) and Motion for Summary Disposition (Doc. 29) are **GRANTED** for the reasons stated in the motions. The Clerk of the Court is directed to dismiss this action with prejudice and terminate the case.

Dated this 25th day of May, 2018.

Douglas L. Rayes
United States District Judge